NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003674
25-FEB-2014
10:27 AM

NO. CAAP-13-0003674

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005KS8, Plaintiff-Appellee, v. ERIC H. SORENSEN; LINDA C. SORENSEN; THE UNKNOWN HEIRS, ASSIGNS, AND DEVISEES OF ROBERT AGNEW; THE UNKNOWN HEIRS, ASSIGNS, AND DEVISEES OF ANGELA AGNEW; EDWARD MICHAEL WALSH, JR.; CAPITAL ONE BANK; UNIFUND CCR PARTNERS; and DOES 1 through 20 inclusive, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 10-1-2091-09)

ORDER APPROVING "STIPULATION TO DISMISS APPEAL WITH PREJUDICE"
(By: Fujise, J., for the court[1])

Upon consideration of the "Stipulation To Dismiss Appeal With Prejudice" (Stipulation) filed on February 21, 2014 by Defendants-Appellants Eric J. Sorensen and Linda C. Sorensen, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 25, 2014.

Associate Judge

---

[1] Considered by Foley, Presiding Judge, Fujise and Leonard, JJ.